USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/5/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KERTH POLLACK,

           Plaintiff,

- against -

CVS PHARMACY, INC.,

           Defendant.

---

DELBERT SORHAINDO,

           Plaintiff,

- against -

CVS PHARMACY, INC.,

           Defendant.

---

LACOLE SIMPSON,

           Plaintiff,

- against -

CVS PHARMACY, INC.,

           Defendant.

---

15 Civ. 6227 (JGK)
15 Civ. 6230 (JGK)
15 Civ. 6231 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties in the three individual actions are directed to provide the Court with courtesy copies of the consolidated papers filed in support of the motion to dismiss or stay the claims and to compel arbitration, as well as the plaintiffs' papers in opposition to the motion, and the defendant's reply or replies.

1

The docket numbers in 15-cv-6227 are No. 12, 13, 14, 22, 23, and 24.

**SO ORDERED.**

**Dated:**    New York, New York
              October 3, 2015

                                            _____
                                            John G. Koeltl
                                            **United States District Judge**